IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBORAH LAUFER,** | Case No.: 3:20-cv-943-JCH |
| **Plaintiff,** | |
| v. | |
| **HOSPITALITY INVESTMENTS INC, A New Jersey Corporation, and GANESHA HOSPITALITY LLC, a Connecticut Corporation,** | |
| **Defendants.** | |

## MOTION TO WITHDRAW ACTION AS TO DEFENDANT HOSPITALITY INVESTMENTS INC

Plaintiff, by and through undersigned counsel, hereby moves to withdraw its action against the Defendant, HOSPITALITY INVESTMENTS INC, in the instant case with prejudice as it is the wrong Defendant and the correct Defendant, GANESHA HOSPITALITY LLC, has be added to the matter via the First Amended Complaint (DE 9).

FOR THE PLAINTIFF,

Deborah Laufer,

By: /s/ L. Kay Wilson
L. Kay Wilson, Esq. (Ct16094)
WILSON LAW
2842 Main St., #332
Glastonbury, CT 06033
(860)559-3733 (tele/text)
Wilson@KayWilsonLaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2020, a copy of the foregoing MOTION TO WITHDRAW ACTION AS TO DEFENDANT HOSPITALITY INVESTMENTS INC was filed electronically and served on all counsel of record via the Court's CM/ECF system.

/s/ L. Kay Wilson, Fed. Juris ct16084