# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH LAUFER, | CIVIL ACTION |
| | No. 3:20-cv-00943-JCH |
| Plaintiff, | |
| - against – | |
| GANESHA HOSPITALITY, LLC | APRIL 20, 2021 |
| Defendant. | |

## **NOTICE OF APPEAL**

Notice is hereby given that Defendant, Ganesha Hospitality, LLC, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's Order denying Defendant's Motion to Dismiss the Second Amended Complaint (Dkt. No. 56) entered in this action on the 25th day of March, 2021, and certified for an interlocutory appeal on April 14, 2021. (Dkt. No. 62).

    Respectfully submitted,
    For the Defendant, GANESHA
    HOSPITALITY LLC,

    By: Thomas Houlihan, Jr. Esq.
    Fed. Juris ct30131
    Boyle Shaughnessy Law, PC
    280 Trumbull Street, 23rd Floor
    Hartford, CT 06103
    (860)952-9800
    THoulihanJr@boyleshaughnessy.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2021, a copy of the foregoing Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Thomas H. Houlihan, Jr.